NO. 12-08-00475-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




ANDREW DOUGLAS MOSLEY,
§
 APPEAL FROM THE 114TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to aggravated assault with a deadly weapon. Sentence was imposed
on November 10, 2008. We have received the trial court's certification showing that Appellant
waived his right to appeal. See Tex. R. App. P. 25.2(d). The certification is signed by Appellant and
his counsel. The clerk's record supports the trial court's certification. See Greenwell v. Thirteenth
Court of Appeals, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); Dears v. State, 154 S.W.3d 610,
614-15 (Tex. Crim. App. 2005). Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered December 17, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.






(DO NOT PUBLISH)